```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANDREW TORO,                                                     :
                                                                 :
                              Plaintiff,                         :
                                                                 :      23 Civ. 3292 (JPC)
                 -v-                                             :
                                                                 :      ORDER
IMMERSION RESEARCH, INC.,                                        :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 25, 2023, the Court ordered Plaintiff to file a letter by August 1, 2023 describing whether Defendant had been served in this action and, if not, why good cause exists for failure to serve within the ninety-day deadline set by Federal Rule of Procedure 4(m).  Dkt. 7.  Plaintiff failed to file this letter.  Therefore, Plaintiff shall file this letter by August 8, 2023.  Plaintiff is reminded that failure to comply with Court orders may result in sanctions, including but not limited to the dismissal of this case.

SO ORDERED.

Dated: August 4, 2023
       New York, New York                        _____
                                                 JOHN P. CRONAN
                                                 United States District Judge