```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ANDREW TORO, on Behalf of Himself and All Others                     :
Similarly Situated,                                                  :
                                                                     :
                          Plaintiff,                                 :      23 Civ. 3292 (JPC)
                                                                     :
                -v-                                                  :      ORDER
                                                                     :
IMMERSION RESEARCH, INC.,                                            :
                                                                     :
                          Defendant.                                 :
                                                                     :
---------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 11, 2023, the Court ordered Defendant to respond to Plaintiff's Complaint by October 6, 2023. Dkt. 12. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 16, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by October 23, 2023.

   SO ORDERED.

Dated: October 10, 2023
       New York, New York                        _____
                                                 JOHN P. CRONAN
                                                 United States District Judge