UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ANDREW TORO, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

               -v-

IMMERSION RESEARCH, INC.,

                             Defendant.

------------------------------------------------------------------------X

23 Civ. 3292 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    On October 11, 2023, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for November 13, 2023. Dkt. 15. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due November 6, 2023. The parties failed to submit either.

    By 5:00 p.m. on November 9, 2023, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 15. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

    SO ORDERED.

Dated: November 7, 2023
       New York, New York

                                                     JOHN P. CRONAN
                                               United States District Judge