```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDREW TORO, on behalf of himself and all others                       :
similarly situated,                                                    :
                                                                       :
                            Plaintiff,                                 :    23 Civ. 3292 (JPC)
                                                                       :
            -v-                                                        :    ORDER
                                                                       :
IMMERSION RESEARCH, INC.,                                              :
                                                                       :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 14, 2023, the Court entered the Case Management Plan in this matter, which required the parties to submit a joint status letter described in Item 18 by May 3, 2024. Dkt. 19 at 3. That deadline has passed, yet the docket reflects no such letter. The Court accordingly *sua sponte* extends the parties' deadline to file this letter until May 13, 2024. The parties are reminded that "all litigants have an obligation to comply with court orders," and failure to comply may result in sanctions. *Baba v. Japan Travel Bureau Int'l*, 111 F.3d 2, 5 (2d Cir. 1997) (cleaned up).

SO ORDERED.

Dated: May 6, 2024
       New York, New York

                                               JOHN P. CRONAN
                                               United States District Judge